```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001319
Cashier ID: cstrecke
Transaction Date: 11/30/2007
Payer Name: MAYNARD COOPER AND GALE
------------------------------------
CIVIL FILING FEE
 For: MAYNARD COOPER AND GALE
 Case/Party: D-ALM-2-07-CV-001055-001
 Amount:        $350.00
------------------------------------
CHECK
 Remitter: MAYNARD COOPER AND GALE
 Check/Money Order Num: 1081491
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00
```

DALM207CV001055-MEF

MAYNARD COOPER AND GALE

1901 SIXTH AVE NORTH

2400 REGIONS HARBERT PLAZA

BIRMINGHAM, AL  35203-2602