IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 NOV 30  P 1: 02

| | |
|---|---|
| WASIF MONTE SABIR D/B/A GOLD VALLEY JEWELERS, ) ) ) Plaintiff, ) ) vs. ) ) ADT SECURITY SERVICES, INC., A DELAWARE CORPORATION, ) ) ) Defendant. ) | Civil Action No. 2:07CV 1055-mef |

### DEFENDANT ADT SECURITY SERVICES, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS & ALTERNATIVELY MOTION TO DISMISS OR MOTION FOR MORE DEFINITE STATEMENT

COMES NOW Defendant ADT Security Services, Inc. ("ADT"), pursuant to FED. R. CIV. P. 12(c) hereby moves the Court to enter an Order granting a Judgment on the Pleadings in its favor in the above-styled matter. In support of these motion, ADT relies upon the Complaint, its Answer and its Brief filed contemporaneously herewith, which is adopted herein by reference.

Even accepting as true the factual averments in Plaintiff's Complaint, a judgment in ADT's favor is appropriate because: (1) Plaintiff's Complaint, sounding entirely in tort, is deficient as a matter of law because Plaintiff's tort claims are not based on a duty independent of the contract between ADT and Plaintiff; (2) Plaintiff's claims are barred by the unambiguous limitation of liability provisions in the contract; and (3) the allegations in Count I of Plaintiff's Complaint do not state a plausible claim of willful and wanton negligence and/or fraud, thus are deficient as a matter of law. Alternatively, to the extent Count I of Plaintiff's Complaint purports to assert a fraud claim, it is deficient under FED. R. CIV. P. 9(b) and is due to be dismissed. At a

01573032.1

minimum, even if this Court does not dismiss this fraud claim, the Court should require the Plaintiff to plead this claim with more particularity as required by the Federal Rules of Civil Procedure.

WHEREFORE, ADT respectfully requests that this Court enter an Order granting ADT's Motion for Judgment on the Pleadings. Alternatively, Plaintiff's fraud claim should be dismissed due to Plaintiff's failure to comply with the pleading requirements of Rule 9(b) of the Federal Rules of Civil Procedure.

_____
John A. Earnhardt
Robert H. Fowlkes
Attorney for ADT Security Services, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served via US Mail or by using the CM/ECF system properly addressed this 30th day of November, 2007:

Jim L. Debardelaben, Esq.
Attorney at Law
P.O. Box 152
Montgomery, Alabama 361010-0152
ATTORNEY FOR PLAINTIFF

_____
Of Counsel

3

01573032.1