IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 NOV 30 P 1: 04

| | |
|---|---|
| WASIF MONTE SABIR D/B/A GOLD VALLEY JEWELERS, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Civil Action No. 2:07CV1055-mef |
| ADT SECURITY SERVICES, INC., A DELAWARE CORPORATION, ) ) ) | |
| Defendant. ) | |

## DEFENDANT ADT SECURITY SERVICES, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant ADT Security Services, Inc. is an indirect wholly-owned subsidiary of Tyco International, Ltd. Tyco International, Ltd. is a chartered Bermuda company publicly traded on the New York Stock Exchanged [NYSE: TYC]. No other publicly traded corporation owns any shares of ADT Security Services, Inc.

_____
John A. Earnhardt
Robert H. Fowlkes
Attorney for ADT Security Services, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

01572075.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served via US Mail properly addressed this 30th day of November, 2007:

Jim L. Debardelaben, Esq.
Attorney at Law
P.O. Box 152
Montgomery, Alabama 361010-0152
ATTORNEY FOR PLAINTIFF

_____
Of Counsel

2

01572075.1