IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WASIF MONTE SABIR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-1055-MEF |
| | ) |
| ADT SECURITY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Judgment on the Pleadings & alternatively Motion to Dismiss or Motion for More Definite Statement (Doc. #4) filed on November 30, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before December 14, 2007 as to why the motion should not be granted.

DONE this the 5th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE