IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WASIF MONTE SABIR D/B/A GOLD VALLEY JEWELERS,<br><br>Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC., A DELAWARE CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:07cv1055-MEF-TFM<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT ITS MOTION FOR JUDGMENT ON THE PLEADINGS AND ALTERNATIVELY MOTION TO DISMISS OR MOTION FOR A MORE DEFINITE STATEMENT

Defendant ADT Security Services, Inc. ("ADT") by and through its undersigned counsel, moves this Honorable Court for an Order granting leave to file a reply to Plaintiff's opposition to its motion for judgment on the pleadings and alternatively motion to dismiss or motion for a more definite statement. In support of this motion, ADT states as follows:

1. ADT filed its motion for motion for judgment on the pleadings and alternatively motion to dismiss or motion for a more definite statement on November 30, 2007. Plaintiff filed his response on December 11, 2007.

2. ADT strongly believes that its motion for judgment on the pleadings should be granted. In this regard, ADT believes that a reply brief is appropriate to address certain factual claims and legal issues raised in Plaintiff's opposition and that such a reply brief will assist the Court in reaching a conclusion as to the merits of the motion. Specifically, ADT wishes to direct the Court to several published cases that address the very issues raised in Plaintiff's opposition.

3. Allowing a reply brief would serve the interest of justice and judicial economy.

01579878.1

4. No prejudice will result to any party from the granting of this request for leave to file a reply brief.

WHEREFORE, ADT respectfully seeks leave of Court to file, on or before December 20, 2007, a reply brief to respond to Plaintiff's opposition.

/s Robert H. Fowlkes
John A. Earnhardt
Robert H. Fowlkes
Attorney for ADT Security Services, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

01579878.1

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

    Jim L. Debardelaben, Esq.
    Attorney at Law
    P.O. Box 152
    Montgomery, Alabama 361010-0152
    ATTORNEY FOR PLAINTIFF

On this the <u>17th</u> day of <u>December</u> 2007

                                      s/ Robert H. Fowkes
                                      Of Counsel

01579878.1