IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WASIF MONTE SABIR d/b/a** | ) |
| **GOLD VALLEY JEWELERS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.-2:07cv1055-MEF |
| | ) |
| **ADT SECURITY SERVICES, INC.,** | ) |
| **A Delaware Corporation** | ) |
| Defendants, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Wasif Monte Sabir d/b/a Gold Valley Jewelers, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                       Relationship to Party

_____          _____

_____          _____

_____          _____

_____          _____


12/18/07                                 /s/ Jim L. DeBardelaben
Date                                        Counsel

                                                Wasif Monte Sabir d/b/a Gold Valley Jewelers
                                                Counsel for

                                                1505 Madison Avenue, Montgomery, AL 36107
                                                Address, City, State Zip Code
                                                (334) 265-9206

**CERTIFICATE OF SERVICE**

      I, Jim L. DeBardelaben, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and/or U.S. Mail on this 18th day of December 2007, to:

| | |
|---|---|
| 12/18/07 | /s/ Jim L. DeBardelaben |
| Date | Signature |