IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 DEC 18  A 10: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| WASIF MONTE SABIR D/B/A GOLD VALLEY JEWELERS, )))  Plaintiff, )) vs. )) ADT SECURITY SERVICES, INC., A DELAWARE CORPORATION, )))  Defendant. ) | Civil Action No. 2:07-cv-01055-MEF-TFM |

## MOTION TO ADMIT ATTORNEY PRO HAC VICE

Defendant ADT Security Services, Inc., by and through its attorneys, pursuant to M.D. Ala. LR 83.1, respectfully moves this Court to permit Charles C. Eblen to appear and participate in this action on behalf of Defendant, and in support thereof, states as follows:

1. Charles C. Eblen has been duly admitted to the state bar of Missouri and the United States District Court for the Western District of Missouri, and is a member in good standing thereof. A copy of a Certificate of Good Standing is attached hereto.

2. Mr. Eblen is an attorney at the law firm of Shook, Hardy & Bacon L.L.P., 2555 Grand Blvd., Kansas City, Missouri 64108-2613, ph. (816) 474-6550, appropriate filing fee of Twenty Dollars ($20.00), payable by check made out to the Clerk of the U. S. District Court, is submitted herewith.

3. The admission *pro hac vice* of Mr. Eblen in this action on behalf of the Defendant will greatly assist in the presentation of issues for adjudication by the Court. He is familiar with the relevant facts and circumstances involved in these proceedings and will be actively associated with Maynard, Cooper & Gale as co-counsel in this matter.

01579203.1

WHEREFORE, pursuant to M.D. Ala. LR 83.1, Defendant ADT hereby requests that Charles C. Eblen be admitted pro hac vice and be permitted to appear and participate for the Defendant in this action.

Respectfully submitted this 17th day of December, 2007.

_____
John A. Earnhardt
Robert H. Fowlkes
Attorney for ADT Security Services, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served via regular U.S. Mail properly addressed on this the 17th day of December, 2007 to the following:

Jim L. Debardelaben, Esq.
Attorney at Law
P.O. Box 152
Montgomery, Alabama 361010-0152
ATTORNEY FOR PLAINTIFF

_____
Of Counsel

3

# *The Supreme Court of Missouri*



## *Certificate of Admission as an Attorney at Law*

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 17, 2003,

## *Charles Carson Eblen*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 9th day of October, 2007.

_____
Clerk of the Supreme Court of Missouri

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001769
Cashier ID: dyates
Transaction Date: 12/18/2007
Payer Name: MAYNARD COOPER AND GALE
----------------------------------
PRO HOC VICE
 For: CHARLES C EBLEN
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
----------------------------------
CHECK
 Check/Money Order Num: 1081995
 Amt Tendered: $20.00
----------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

2:07-CV-1055
```