IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WASIF MONTE SABIR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-1055-MEF |
| | ) |
| ADT SECURITY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Leave to File Reply (Doc. #10) filed on December 17, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 20th day of December, 2007.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE