IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WASIF MONTE SABIR D/B/A GOLD VALLEY JEWELERS, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ADT SECURITY SERVICES, INC., A )<br>DELAWARE CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 2:07-cv-1055 |

## ADT SECURITY SERVICES, INC.'S MOTION TO STAY PROCEEDINGS PENDING THE RESOLUTION OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant ADT Security Services, Inc. ("ADT"), by counsel, moves this Court to stay the case pending the resolution of ADT's Motion for Judgment on the Pleadings. ADT's Motion for Judgment on the Pleadings is dispositive of all claims in this action and presents pure questions of law, which can be resolved without the needless expense of discovery. Granting this Motion simply allows the parties and the Court to avoid extensive outlay of time and resources that would result in conducting discovery. ADT respectfully requests that this Court enter an Order granting ADT's Motion to Stay.

/s Robert H. Fowlkes
John A. Earnhardt
Robert H. Fowlkes
Attorneys for ADT Security Services, Inc.

01602701.1

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000


OF COUNSEL:
Charles C. Eblen
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

01602701.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

      Jim L. Debardelaben, Esq.
      Attorney at Law
      P.O. Box 152
      Montgomery, Alabama 361010-0152
      ATTORNEY FOR PLAINTIFF

                                              /s Robert H. Fowlkes
                                              Of Counsel

01602701.1