IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WASIF MONTE SABIR D/B/A GOLD VALLEY JEWELERS,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>ADT SECURITY SERVICES, INC., A DELAWARE CORPORATION,  )<br>)<br>Defendant.  ) | Civil Action No. 2:07-cv-1055 |

### ADT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO STAY PROCEEDINGS PENDING THE RESOLUTION OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS

This case involves straightforward questions of law and is ripe for resolution without burdening the Court or the parties with discovery or additional motion practice. Staying discovery, therefore, would permit the parties to avoid engaging in discovery that will not affect the disposition of the purely legal questions before the Court.

District courts have wide latitude to stay discovery pending the resolution of a dispositive motion. *Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1560 (11th Cir. 1985). A stay of proceedings is appropriate "with the likelihood that such a motion would result in a narrowing or outright elimination of discovery outweighs the likely harm to be produced by the delay." *Weisman v. Mediq, Inc.*, No. 1:CV-94-764, 1995 WL 273678 at *2 (E.D. Pa., Aug. 25, 1995). Such a motion should be granted when a "pending motion . . . may dispose of the entire action and where discovery is not needed to rule on such a motion." *Id.*

The above standard describes the situation here. The issues before the court are threshold legal issues, such as whether the contract between the parties bars this lawsuit. *See generally*

01602705.1

"ADT's Memorandum in Support of Its Motion for Judgment on the Pleadings." ADT"s Motion for Judgment on the Pleadings is dispositive of all claims before this Court and presents questions of contract interpretation requiring no discovery. Moreover, the provisions at issue have been upheld countless times courts across the country. *Id.* Because ADT's Motion for Judgment on the Pleadings is likely dispositive of this lawsuit, and because it presents issues that are settled under prevailing law, this Court should stay proceedings pending a ruling on ADT's Motion for Judgment on the Pleadings.

/s Robert H. Fowlkes
John A. Earnhardt
Robert H. Fowlkes
Attorneys for ADT Security Services, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000


OF COUNSEL:
Charles C. Eblen
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

01602705.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

    Jim L. Debardelaben, Esq.
    Attorney at Law
    P.O. Box 152
    Montgomery, Alabama 361010-0152
    ATTORNEY FOR PLAINTIFF

                                      /s Robert H. Fowlkes
                                      Of Counsel

01602705.1