IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WASIF MONTE SABIR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-1055-MEF |
| | ) |
| ADT SECURITY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Stay Pending Resolution (Doc. #17) filed on February 13, 2008, it is hereby

ORDERED that the plaintiff show cause in writing on or before February 25, 2008 as to why the motion should not be granted.

DONE this the 14th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE