IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WASIF MONTE SABIR d/b/a GOLD VALLEY JEWELERS | )<br>)<br>) |
| Plaintiffs, | ) CASE NO.: 2:07cv1055-MEF<br>) |
| v. | )<br>) |
| ADT SECURITY SERVICES, INC.,<br>A Delaware Corporation.<br>    Defendants. | )<br>)<br>) |

## OPPOSITION TO DEFENDANT'S MOTION TO STAY

Comes now the Plaintiff, Wasif Monte Sabir s/b/a Gold Valley Jewelers, by and through his attorney fo record, and responds to Defendant's Motion To Stay.

In this case the Defendant has filed a Motion To Dismiss, relying on a document unsigned by Defendant. The Defendants are arguing the unsigned document is somehow a binding contract.

As pointed out in Plaintiff's response to Defendant's Motion For Summary Judgment on the Pleadings and Alternatively Motion to Dismiss For a More Definite Statement, no signed contract existed between the Plaintiff and the Defendant. The document referred to as a contract and attached as "Attachment A" to Defendant's pleading and this response is not signed by the Defendant or a representative of the Defendant. The document states on its face "This Agreement is not binding unless approved in writing by an authorized representative of ADT..."

It has not been signed by an authorized representative of ADT, so, by its own terms, it is not binding. Therefore, Defendant's reliance on said document is not well placed.

Plaintiff agrees that the Court has wide latitude in staying proceeding on a case. However, in this situation, it is clear from the document relied upon by the Defendants that the document is not a binding document. Therefore, a stay would subject the Plaintiff to an unjust delay.

Respectfully submitted this the 25th day of February, 2008.

　　　　　　　　　　　　　　　/s/ Jim L. DeBardelaben
　　　　　　　　　　　　　　　JIM L. DEBARDELABEN (DEB003)
　　　　　　　　　　　　　　　Attorney for Plaintiff

**OF COUNSEL:**
Jim L. DeBardelaben
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document via U. S. Mail, postage prepaid, upon the following on this the 25th day of February, 2008:

Robert H. Fowlkes, Esq.
John A. Earnhardt, Esq.
Maynard, Cooper & Gale, P.C.
2400 Amsouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2602

Charles C. Edlen
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

　　　　　　　　　　　　　　　/s/ Jim L. DeBardelaben
　　　　　　　　　　　　　　　OF COUNSEL

# ADT

**COMMERCIAL SALES PROPOSAL/AGREEMENT**

ADT Security Services, Inc.    Reloc on "Existing ADT Customer" National Account    DATE 10/25/99

| ADT Security Services, Inc. ("ADT") | To: (Customer Name and Address) |
|---|---|
| 501 Adams Avenue<br>Montgomery, AL 36104 | Gold Valley<br>1003 B Eastdale Mall<br>Montgomery, AL 36117 |
| Tel. No. (334) 834-4109 | Attn. Monte Saloir  Tel. No. (334) 279-7564 |

PLAINTIFF'S EXHIBIT A

ADT proposes to install or cause to be installed the equipment and furnish the services indicated herein:

| QTY | DEVICE DESCRIPTION | ZONE | DEVICE LOCATION |
|---|---|---|---|
| 1 | Control Panel | | |
| 2 | Keypad | | |
| 1 | Motion Sensor | | Counter (Behind) |
| *1 | Motion Sensor | | Counter Area (Front) |
| 1 | Door Contact | | Far Right Rollup |
| 1 | Door Contact | | Front Middle Rollup |
| 1 | Door Contact | | Far Left Rollup |
| *1 | Door Contact | | Back Door |
| 1 | Inside Siren | | |
| 1 | Telco Jack | | |
| | | | Bill to: Address Above |

**Type of Transaction**
- ☐ Direct Sale (equipment to become property of the Customer upon payment of Selling Price indicated below in full).
- ☒ System to remain property of ADT.

ADT may remove or upon written notice to the Customer, abandon in whole or in part, all devices, instruments, appliances, cabinets, and other materials associated with the system, upon termination of this agreement, without obligation to repair or redecorate any portion of the Customer's premises upon such removal, and the removal or abandonment of such materials shall not be held to constitute a waiver of the right of ADT to collect any charges which have been accrued or may be accrued hereunder.

**Services To Be Provided**    P - Provided    NP - Not Provided (Circle One)

- Central Station Signal Receiving and Notification Service    P   NP
  - ☐ Fire Alarm        ☐ Hold Up Alarm
  - ☒ Burglar Alarm     ☐ Duress
  - ☐ Supervisory       ☐ Other
- Direct Connection Service    P   NP
  - To:
  - Using:
    - ☐ Digital Communicator
    - ☐ Leased Line
    - ☐ Derived Local Channel
  - ☐ Telephone Charges Not Included in ADT Billing
- Maintenance    P   NP
- Inspections    P   NP
  - Number per Year
- Investigator Response    P   NP
  - ☐ Interior    ☐ Exterior
- Supervised/Scheduled Opening/Closing    P   NP
- Opening/Closing Logging    P   NP
- Opening/Closing Reports    P   NP
- Other _____    P   NP

If the Familiarization Period is accepted, Customer, please initial here _____

If Maintenance Service is declined, Customer, please initial here _____

Customer acknowledges that: (a) ADT has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer; and (c) Customer desires and has contracted for only the equipment and services itemized on this Agreement.

For the sum of $ 110.00 payable upon acceptance of this proposal and the balance payable upon completion of the installation and as a precondition to activation of the system and, if applicable, connection to central station or direct connection service. In addition, for the service(s) to be provided as indicated above, Customer agrees to pay $ 33.00 payable $27.81 M per annum, annually in advance for a period of five years effective from the date service is operative under this agreement. After the five years, this agreement shall be automatically renewable yearly unless terminated by either party upon written notice at least 30 days prior to the anniversary date.

ADT shall have the right to increase the annual service charge after 1 year.

In the event of termination prior to the end of the contract term, the Customer agrees to pay, in addition to any charges for services rendered prior to termination, 90% of the service charge remaining to be paid for the unexpired term of the agreement as liquidated damages (but not as a penalty).

The Customer agrees to pay, in addition to the service charges above, any false alarm assessments, taxes, fees or charges that are imposed by any governmental body, telephone or signal transmission company (for numbering or other changes) or costs of ADT related to reprogramming alarm controls and other devices to comply with such numbering or other changes relating to the installation or service provided under this Agreement and to pay any increase in charges to ADT for facilities required for transmission of signals under this Agreement.

In the event ADT's representative is sent to the Customer's premises in response to a service call or alarm signal caused by the Customer improperly following operating instructions or failing to close or properly secure a window, door or other protected point, or improperly adjusting monitors or accessory components, there shall be a service charge to the Customer.

Failure to pay amounts when due shall give ADT, in addition to any other remedies, the right to terminate this Agreement and to charge interest at the highest legal rate on the delinquent amounts. Customer agrees to pay all costs, expenses and fees of ADT's enforcement of this Agreement, including collection expenses, court costs, and attorneys' fees. Any installation charge quoted in this agreement is based on ADT performing the installation with its own personnel. If for any reason this installation must be performed by outside Contractors, said installation charge shall be subject to revision.

This Agreement is not binding unless approved in writing by an authorized Representative of ADT. In the event of failure of such approval, the only liability of ADT shall be return to the Customer the amount, if any, paid to ADT upon signing of this Agreement.

Customer warrants that the Customer: (1) has requested the equipment/services specified in this Agreement for its own use and not for the benefit of any third party, (2) owns the premises in which the equipment is being installed or that Customer has the authority to engage ADT to carry out the installation in the premises and (3) will comply with all laws, codes, and regulations pertaining to the use of the equipment/services.

**Customer Acceptance**

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall prevail over any variation in terms and conditions on any purchase order or other document that the Customer may issue. Any changes in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such changes shall be authorized in writing.

**ATTENTION IS DIRECTED TO WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS ON REVERSE SIDE.**

By _____    Agent
Approved _____   Authorized Representative of ADT

Signature X _____
Title CEO    Date 10/21/99

"Attachment A"

## TERMS AND CONDITIONS

A. Signal Receiving and Notification Service shall be provided by ADT if the reverse side of this Agreement includes a charge for Signal Receiving and Notification Service and in the event an alarm signal registers at ADT's Central Station, ADT shall endeavor to notify the appropriate Police or Fire Department and the designated representative of the Customer. In the event a burglar alarm signal or fire signal registers at ADT's Central Station, ADT at its sole discretion, may endeavor to contact the Customer's premises by telephone to verify that the alarm is not false. Failing to contact the Customer promptly or questioning the nature of the response received upon such contact, ADT shall endeavor to notify the appropriate Police Department or Fire Department. In the event a supervisory signal or trouble signal registers at ADT's Central Station, ADT shall endeavor to notify promptly the designated representative of the Customer.

In the event ALARM VERIFICATION SERVICE is being furnished, it is mutually understood and agreed that equipment is being installed which, as to certain locations in the premises, will require the activation of two sensing devices, or a second activation of a single alarm sensor, or a continuous alarm event from a single sensor, in order for an alarm signal to be transmitted.

It is mutually agreed that the Customer assumes full responsibility for the operation of any and all bypass or switch units provided for disconnecting or reconnecting the alarm sounding and/or transmitting equipment at Customer's premises.

The Customer represents that any vault to be protected by sound or vibration detector systems has the minimum construction characteristics prescribed by the Underwriters' Laboratories, Inc.

The Customer agrees to test any ultrasonic, microwave, capacitance or other electronic equipment designated on the Schedule of Protection prior to setting the alarm system for closed periods, according to procedures prescribed by ADT, and to notify ADT promptly, in the event that such equipment fails to respond to the test.

If Customer has agreed on the reverse side on a 5 day Familiarization Period following completion of installation, and if needed an extension period, for Customer to become familiar with the system operation, then during this Familiarization Period Customer agrees that in the event any signal (including an alarm signal) of any nature registers at ADT's central station, ADT shall not respond to any signals, endeavor to notify the authorities, Customer or Customer's designated representative, or undertake any other action with regard to any signal, whether or not due to an actual emergency event.

Communication Facilities — A. AUTHORIZATION — Customer authorizes ADT to make requests for information, service, orders or equipment in any respect on behalf of Customer to a telephone company (the "Telephone Company") or other entity providing facilities or services for transmission of signals under this Agreement. B. DIGITAL COMMUNICATOR — If connection to the ADT Central Station is to be by Digital Communicator, the Customer agrees to provide a connection via a registered telephone jack to a telephone channel required for the ADT equipment. Such connection shall be electrically first before any other telephone or Customer equipment, and shall be within 10 feet of the ADT Control Panel. If requested by the Customer, ADT shall provide such connection at the cost of the Customer. The Customer understands that if a digital communicator is installed under this Agreement, it uses standard telephone lines as the transmission mode of sending signals and eliminates the need for dedicated telephone facilities and the large cost increases frequently imposed on such facilities. Customer also understands that ADT does not receive signals when the transmission mode is or becomes non-operational and that signals from the Digital communicator cannot be received if the transmission mode is cut, interfered with or otherwise damaged. C. DERIVED LOCAL CHANNEL — The facilities and services provided by the Telephone Company in connection with the services to be provided to the Customer hereunder, include what is generally described as Derived Local Channel service (and which may be provided under specific service marks or service names of individual Telephone Companies). Those facilities and services relate to the provision of lines, signal paths, scanning and transmission. The Customer agrees that the liability of the Telephone Company is limited in accordance with, and the Telephone Company may invoke, the provisions of Paragraph E of this Agreement. D. RADIO INTERFACE — If connection to the ADT Central Station is to be by any radio frequency method, such as cellular or private radio, then customer understands due to the very nature of radio waves that there may be times when the system is unable to secure, maintain or retransmit an alarm signal and, thus, the utilization of an additional communications means is recommended.

B. Warranty: If direct sale is indicated on the reverse side, any part of the system, including the wiring, installed under this Agreement which proves to be defective in material or workmanship within ninety (90) days of the date of completion of installation will be repaired or replaced at ADT's option with a new or functionally operative part. Labor and material required to repair or replace such defective components will be free of charge for a period of ninety (90) days following the completion of the original installation.

This Warranty does not apply to the conditions listed below and in the event Customer calls ADT for service under the Warranty and upon inspection by ADT's representative it is found that one of these conditions has led to the inoperability or apparent inoperability of the system, a charge will be made for the service call of ADT's representative whether or not he actually works on the system. Should it actually be necessary to make repairs to the system due to one of the "Conditions" not covered by Warranty, a charge will be made for such work at ADT's then applicable rates for labor and material. Service will be furnished by ADT during ADT's normal working hours of 8:00 A.M. to 4:30 P.M., Monday through Friday, except holidays.

Conditions not covered by Warranty: A) Damage resulting from accidents, acts of God, alteration, misuse, tampering or abuse. B) Failure of the Customer to properly follow operating instructions provided by ADT at time of installation or at a later date. C) Adjustments necessitated by misalignment of CCTV cameras, improper adjustment of monitor brightness and contrast tuning dials or insufficient light on the area viewed by the camera(s). D) Trouble due to interruption of commercial power or to the phone service.

THE FOREGOING WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE PURCHASER'S EXCLUSIVE REMEDY WITH RESPECT TO ANY AND ALL LOSSES OR DAMAGES RESULTING FROM ANY CAUSE WHATSOEVER, INCLUDING ADT'S NEGLIGENCE, SHALL BE REPAIR OR REPLACEMENT AS SPECIFIED ABOVE. ADT SHALL IN NO EVENT BE LIABLE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES OF ANY NATURE, INCLUDING WITHOUT LIMITATION, DAMAGES FOR PERSONAL INJURY OR DAMAGES TO PROPERTY, AND HOWEVER OCCASIONED, WHETHER ALLEGED AS RESULTING FROM BREACH OF WARRANTY OR CONTRACT BY ADT OR NEGLIGENCE OF ADT OR OTHERWISE.

C. Maintenance — If the reverse side of this agreement indicates this service is being provided, ADT will, upon Customer's request, provide ordinary maintenance and repair of such system due to normal wear and tear and bear the expense thereof. The expense of all extraordinary maintenance and repair due to alterations in the Customer's premises, alterations of the system made at the request of the Customer, or made necessary by changes in the Customer's premises, damage to the premises or to the alarm system, or to any cause beyond the control of ADT, shall be borne by the Customer. The Customer agrees to furnish any necessary electric current through the Customer's meter and at the Customer's own expense with an outlet within 10 feet of the ADT Control Panel. It is mutually agreed that the work of installation and ADT's repairs of the system shall be performed between ADT's normal working hours of 8:00 A.M. to 4:30 P.M., Monday through Friday, except holidays.

EXCLUSIONS: Maintenance on the following devices will be provided only on a time and material basis: (1) window foil, (2) security screens, (3) any exterior mounted devices, (4) PROM (Programmable Read Only Memory), (5) Conditions not covered by warranty listed above in paragraph B.

It is understood and agreed that ADT's obligation relates to the maintenance solely of the specific protection system, and that ADT is in no way obligated to maintain, repair, service, replace, operate or assume the operation of any device or devices of the Customer or of others not installed by ADT.

If not contracted for before the expiration of the Warranty, ADT will enter into a Maintenance Service Contract only after inspecting the system and making any necessary repairs or replacements to the system at a charge to the Customer, for labor and/or material, at ADT's then prevailing rates.

INSPECTIONS — ADT will provide the number of inspections of the Alarm system only as specified on the reverse side of this Agreement between ADT's normal working hours of 8:00 A.M. to 4:30 P.M., Monday through Friday, except holidays and subject to the exclusions set forth above for maintenance.

D. IF INVESTIGATOR RESPONSE SERVICE is being furnished as indicated on the reverse side, the levels available are as follows:

Level I — Exterior Investigation: Upon receipt of a burglar alarm signal from the Customer's premises, ADT, in addition to notifying the Police Department as indicated above, will endeavor to notify the Customer's designated representative and also endeavor to dispatch a representative to the Customer's premises. The representative will make an investigation of the exterior of the premises from his vehicle. At the conclusion of the representative's investigation, ADT will notify the Customer's designated representative of the results of the investigation.

Level II — Interior Investigation: Upon receipt of a burglar alarm signal from the Customer's premises, ADT, in addition to notifying the police department as indicated above, will endeavor to dispatch a representative. The representative will conduct an exterior investigation and then enter the Customer's premises with keys which must be provided by the Customer and make an interior investigation. However, if there is evidence of an attack, the ADT representative will terminate his investigation until the police arrive. The Customer's representative will then be notified if there has been an attack. Otherwise a notice of the alarm will be left at the control unit.

For either level of investigation, the Customer authorizes and directs ADT to cause the arrest of any person or persons unauthorized to enter his premises and to hold him or them until released by the Customer or an authorized known representative; and in such cases to indemnify ADT against any liability, cost or expense in consequence of such arrest.

If the Customer requests that the ADT Representative remain at the premises pending Customer's arrival, and ADT agrees to comply, the Customer will be charged at ADT's then prevailing rate for labor.

E. IT IS UNDERSTOOD THAT ADT IS NOT AN INSURER, THAT INSURANCE, IF ANY, SHALL BE OBTAINED BY THE CUSTOMER AND THAT THE AMOUNTS PAYABLE TO ADT HEREUNDER ARE BASED UPON THE VALUE OF THE SERVICES AND THE SCOPE OF LIABILITY AS HEREIN SET FORTH AND ARE UNRELATED TO THE VALUE OF THE CUSTOMER'S PROPERTY OR PROPERTY OF OTHERS LOCATED IN CUSTOMER'S PREMISES. CUSTOMER AGREES TO LOOK EXCLUSIVELY TO CUSTOMER'S INSURER TO RECOVER FOR INJURIES OR DAMAGE IN THE EVENT OF ANY LOSS OR INJURY AND RELEASES AND WAIVES ALL RIGHT OF RECOVERY AGAINST ADT ARISING BY WAY OF SUBROGATION. ADT MAKES NO GUARANTY OR WARRANTY, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS, THAT THE SYSTEM OR SERVICES SUPPLIED, WILL AVERT OR PREVENT OCCURRENCES OR THE CONSEQUENCES THEREFROM, WHICH THE SYSTEM OR SERVICE IS DESIGNED TO DETECT. IT IS IMPRACTICAL AND EXTREMELY DIFFICULT TO FIX THE ACTUAL DAMAGES, IF ANY, WHICH MAY PROXIMATELY RESULT FROM FAILURE ON THE PART OF ADT TO PERFORM ANY OF ITS OBLIGATIONS HEREUNDER. THE CUSTOMER DOES NOT DESIRE THIS CONTRACT TO PROVIDE FOR FULL LIABILITY OF ADT AND AGREES THAT ADT SHALL BE EXEMPT FROM LIABILITY FOR LOSS, DAMAGE OR INJURY DUE DIRECTLY OR INDIRECTLY TO OCCURRENCES, OR CONSEQUENCES THEREFROM, WHICH THE SERVICE OR SYSTEM IS DESIGNED TO DETECT OR AVERT; THAT IF ADT SHOULD BE FOUND LIABLE FOR LOSS, DAMAGE OR INJURY DUE TO A FAILURE OF SERVICE OR EQUIPMENT IN ANY RESPECT, ITS LIABILITY SHALL BE LIMITED TO A SUM EQUAL TO 10% OF THE ANNUAL SERVICE CHARGE OR $1,000, WHICHEVER IS GREATER, AS THE AGREED UPON DAMAGES AND NOT AS A PENALTY, AS THE EXCLUSIVE REMEDY; AND THAT THE PROVISIONS OF THIS PARAGRAPH SHALL APPLY IF LOSS, DAMAGE OR INJURY, IRRESPECTIVE OF CAUSE OR ORIGIN, RESULTS DIRECTLY OR INDIRECTLY TO PERSON OR PROPERTY FROM PERFORMANCE OR NONPERFORMANCE OF OBLIGATIONS IMPOSED BY THIS CONTRACT OR FROM NEGLIGENCE, ACTIVE OR OTHERWISE, STRICT LIABILITY, VIOLATION OF ANY APPLICABLE CONSUMER PROTECTION LAW OR ANY OTHER ALLEGED FAULT ON THE PART OF ADT, ITS AGENTS OR EMPLOYEES. NO SUIT OR ACTION SHALL BE BROUGHT AGAINST ADT MORE THAN ONE (1) YEAR AFTER THE ACCRUAL OF THE CAUSE OF ACTION THEREFOR. IT IS FURTHER AGREED THAT THE LIMITATIONS ON LIABILITY, EXPRESSED HEREIN, SHALL INURE TO THE BENEFIT OF AND APPLY TO ALL PARENTS (BOTH DIRECT AND INDIRECT), SUBSIDIARIES AND AFFILIATES OF ADT. IF THE CUSTOMER DESIRES ADT TO ASSUME A GREATER LIABILITY, ADT SHALL AMEND THIS AGREEMENT BY ATTACHING A RIDER SETTING FORTH THE AMOUNT OF ADDITIONAL LIABILITY AND THE ADDITIONAL AMOUNT PAYABLE BY THE CUSTOMER FOR THE ASSUMPTION BY ADT OF SUCH GREATER LIABILITY PROVIDED, HOWEVER, THAT SUCH RIDER AND ADDITIONAL OBLIGATION SHALL IN NO WAY BE INTERPRETED TO HOLD ADT AS AN INSURER. IN THE EVENT ANY PERSON, NOT A PARTY TO THIS AGREEMENT, SHALL MAKE ANY CLAIM OR FILE ANY LAWSUIT AGAINST ADT IN ANY WAY RELATING TO THE EQUIPMENT OR SERVICES THAT ARE THE SUBJECTS OF THIS AGREEMENT, INCLUDING FOR FAILURE OF ITS EQUIPMENT OR SERVICE IN ANY RESPECT, CUSTOMER AGREES TO INDEMNIFY AND HOLD ADT HARMLESS FROM ANY AND ALL SUCH CLAIMS AND LAWSUITS INCLUDING THE PAYMENT OF ALL DAMAGES, EXPENSES, COSTS AND ATTORNEYS' FEES. IF THIS AGREEMENT PROVIDES FOR A DIRECT CONNECTION TO A MUNICIPAL POLICE OR FIRE DEPARTMENT OR OTHER ORGANIZATION, THAT DEPARTMENT OR OTHER ORGANIZATION MAY INVOKE THE PROVISIONS HEREOF AGAINST ANY CLAIMS BY THE CUSTOMER DUE TO ANY FAILURE OF SUCH DEPARTMENT OR ORGANIZATION.

F. In the event INTRUSION DETECTION SERVICE or WATCHMAN'S REPORTING SERVICE is furnished under this Agreement, the service will be provided in accordance with ADT's FORM NUMBER 837 or 839, which shall be attached to and made a part of this Agreement.

G. IF CCTV EQUIPMENT IS INVOLVED, Customer will provide adequate illumination under all operational conditions for the proper operation of the closed circuit television camera and will provide the 120 AC power supply where required as well as shelf or desk space for monitors.

H. A Direct Connection to the Municipal Police, Fire Department or other Agency shown shall be provided if the reverse side of this Agreement provides for such direct connect service.

It is mutually understood and agreed that signals transmitted hereunder will be monitored in Municipal Police and Fire Departments or other location and that the personnel of such Municipal Police and/or Fire Departments or other location are not the agents of ADT nor does ADT assume any responsibility for the manner in which such signals are monitored or the response, if any, to such signals.

I. At ADT's option, the Customer may be charged for any false alarm caused by the Customer or for any unnecessary service run.

J. CANCELLATION — If Central Station or Direct Connection is furnished this Agreement may be terminated at the option of ADT if ADT's Central Station is substantially damaged by fire or catastrophe, or ADT is unable to have connections or privileges necessary to transmit signals between the Customer's premises, ADT's Central Station or the Municipal Fire or Police Department or other agency and ADT shall not be liable for any damages or subject to any penalty as a result of such termination.

It is understood and agreed that this Agreement may be terminated by ADT in the event that the Customer fails to follow any recommendations ADT may make for the repair or replacement of defective parts of the system not covered under the Warranty or Maintenance Service Contract or in the event that the Customer's failure to follow the operating instructions provided by ADT results in an undue number of false alarms or if the premises in which the system is installed are so modified or altered after installation as to render continuation of service impractical.

K. ADT ASSUMES NO LIABILITY FOR DELAYS IN INSTALLATION OF THE EQUIPMENT OR FOR THE CONSEQUENCES THEREFROM. HOWEVER CAUSED, OR FOR INTERRUPTIONS OF SERVICE OR FOR THE CONSEQUENCES THEREFROM DUE TO STRIKES, RIOTS, FLOODS, ACTS OF GOD OR ANY CAUSES BEYOND THE CONTROL OF ADT, AND WILL NOT BE REQUIRED TO SUPPLY SERVICE TO THE CUSTOMER WHILE INTERRUPTION OF SERVICE DUE TO ANY SUCH CAUSE SHALL CONTINUE.

L. The Agreement is not assignable by the Customer except upon written consent of ADT first being obtained. ADT shall have the right to assign this agreement or to subcontract any of its obligations under this agreement without notice to the Customer.

M. If any of the provisions of this agreement shall be determined to be invalid or unenforceable, the remaining provisions shall remain in full force and effect.

N. THIS AGREEMENT CONSTITUTES THE ENTIRE AGREEMENT BETWEEN THE CUSTOMER AND ADT. IN EXECUTING THIS AGREEMENT, CUSTOMER IS NOT RELYING ON ANY ADVICE OR ADVERTISEMENT OF ADT. CUSTOMER AGREES THAT ANY REPRESENTATION, PROMISE, CONDITION, INDUCEMENT OR WARRANTY, EXPRESS OR IMPLIED, NOT INCLUDED IN WRITING IN THIS AGREEMENT SHALL NOT BE BINDING UPON ANY PARTY, AND THAT THE TERMS AND CONDITIONS HEREOF APPLY AS PRINTED WITHOUT ALTERATION OR QUALIFICATION, EXCEPT AS SPECIFICALLY MODIFIED IN WRITING. THE TERMS AND CONDITIONS OF THIS AGREEMENT SHALL GOVERN NOTWITHSTANDING ANY INCONSISTENT OR ADDITIONAL TERMS AND CONDITIONS OR ANY PURCHASE ORDER OR OTHER DOCUMENT SUBMITTED BY THE CUSTOMER.

Customer acknowledges that: (a) ADT has explained the full range of protection, equipment, and services available to Customer; (b) additional protection over and above that provided herein is available and may be obtained from ADT at an additional cost to the Customer; and (c) Customer desires and has contracted for only the equipment and services itemized on this Agreement.

please initial here _____ II. Maintenance Service is declined, Customer, please initial here _____

For the sum of $ __10,000__ payable upon acceptance of this proposal and the balance payable upon completion of the installation and as a precondition to activation of the system and, if applicable, connection to central station or direct connection service. In addition, for the services(s) to be provided, as indicated above, Customer agrees to pay

$ __555.00 payable__ __BK7SIN__

per annum, annually in advance for a period of five years effective from the date service is operative under this agreement. After the five years, this agreement shall be automatically renewable yearly unless terminated by either party upon written notice at least 30 days prior to the anniversary date.

ADT shall have the right to increase the annual service charge after 1 year.

In the event of termination prior to the end of the contract term, the Customer agrees to pay, in addition to any changes for services rendered prior to termination, 90% of the service charge remaining to be paid for the unexpired term of the agreement as liquidated damages (but not as a penalty).

The Customer agrees to pay, in addition to the service charges above any false alarm assessments, taxes, fees or charges that are imposed by any governmental body, telephone or signal transmission company (for number-ing or other changes) or costs of ADT related to reprogramming alarm controls and other devices to comply with such numbering or other changes relating to the installation or service provided under this Agreement and to pay any increase in charges to ADT for facilities required for transmission of signals under this Agreement.

In the event ADT's representative is sent to the Customer's premises in response to a service call or alarm sig-nal caused by the Customer improperly following operating instructions, failing to close or properly secure a window, door or other protected point, or improperly adjusting monitors or accessory components, there shall be a service charge to the Customer.

Failure to pay amounts when due shall give ADT, in addition to any other remedies, the right to terminate this Agreement and to charge interest at the highest legal rate on the delinquent amounts. Customer agrees to pay all costs, expenses and fees of ADT's enforcement of this Agreement, including collection expenses, court costs and attorneys' fees. Any installation charge, quoted in this agreement is based on ADT performing the installation with its own personnel. If for any reason this installation must be performed by outside Contractors, said installa-tion charge shall be subject to revision.

This Agreement is not binding unless approved in writing by an authorized Representative of ADT. In the event of failure of such approval, the only liability of ADT shall be return to the Customer the amount, if any, paid to ADT upon signing of this Agreement.

Customer warrants that the Customer: (i) has request-ed the equipment/services specified in this Agreement; (ii) owns the premises in which the equipment is being installed or that Customer has the authority to engage ADT to carry out the installation in the premises and will comply with all laws, codes, and regulations pertaining to the use of the equipment/services.

**Customer Acceptance**

In accepting this Proposal, Customer agrees to the terms and conditions contained herein including those on the reverse side. It is understood that they shall prevail over any variation in terms and conditions on any purchase order, or other document issued by the Customer. Any changes in the system requested by the Customer after the execution of this Agreement shall be paid for by the Customer and such changes shall be authorized in writing.

**ATTENTION IS DIRECTED TO WARRANTY, LIMIT OF LIABILITY AND OTHER CONDITIONS O REVERSE SIDE.**

Approved _____

By _____ Agent

Authorized Representative of ADT

Signature X _____

Title _____

Date _____

LOCAL OFFICE FILE

Form 3081-01 (9/97)

©1997 ADT Security Services