IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WASIF MONTE SABIR, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:07cv1055-MEF |
| | ) |
| ADT SECURITY SERVICES, INC., | ) (WO- Do Not Publish) |
| | ) |
| DEFENDANT. | ) |

## **ORDER**

This cause is before the Court on ADT Security Services Inc.'s Motion to Stay Proceedings Pending the Resolution of Its Motion for Judgment on the Pleadings (Doc. # 17). The Court has carefully considered the arguments in support of and in opposition to this motion. In the circumstances of this case, the Court is persuaded that the motion should be granted. Accordingly, it is hereby ORDERED that ADT Security Services Inc.'s Motion to Stay Proceedings Pending the Resolution of Its Motion for Judgment on the Pleadings (Doc. # 17) is GRANTED and all proceedings in this case, including discovery, are STAYED until the Court issues its ruling on the Defendant ADT Security Services, Inc.'s Motion for Judgment on the Pleadings & Alternatively Motion to Dismiss or Motion for More Definite Statement (Doc. # 4).

DONE this the 26th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE