## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED

2008 MAY 14  P 12: 07

DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| WASIF MONTE SABIR d/b/a<br>GOLD VALLEY JEWELERS | ) | |
| | ) | |
| **Plaintiffs,** | ) | CASE NO.: 2:07cv1055-MEF |
| | ) | |
| v. | ) | |
| | ) | |
| ADT SECURITY SERVICES, INC., | ) | |
| A Delaware Corporation. | ) | |
| **Defendants.** | ) | |

## MOTION TO ALTER, AMEND, RECONSIDER, SET ASIDE AND/OR WITHDRAW

Comes now the Plaintiff, Wasif Monte Sabir s/b/a Gold Valley Jewelers, by and through

his attorney fo record, and request this Honorable Court to alter, amend, reconsider, set aside,

and/or withdraw the judgment and memorandum opinion issued in this case on April 30, 2008.

As reason therefore, it is shown that the Court's opinion is based upon a misapplication of the

law of the State of Alabama.  In support hereof, Plaintiff has attached a brief.

Respectfully submitted this the ___14th___ day of May, 2008.


JIM L. DEBARDELABEN (DEB003)
Attorney for Plaintiff

**OF COUNSEL:**
Jim L. DeBardelaben
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206
(334) 265-9299 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document via U. S. Mail, postage prepaid, upon the following on this the ___14th___ day of May, 2008:

Robert H. Fowlkes, Esq.
John A. Earnhardt, Esq.
Maynard, Cooper & Gale, P.C.
2400 Amsouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2602

Charles C. Edlen
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

OF COUNSEL