IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WASIF MONTE SABIR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-1055-MEF |
| | ) |
| ADT SECURITY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Alter, Amend, Reconsider, Set Aside and/or Withdraw Memorandum Opinion and Order (Doc. #24) filed on May 14, 2008, it is hereby

ORDERED that the defendant show cause in writing on or before May 29, 2008 as to why the motion should not be granted.

DONE this the 20th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE