IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WASIF MONTE SABIR, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:07cv1055-MEF |
| | ) |
| ADT SECURITY SERVICES, INC., | ) (WO- Do Not Publish) |
| | ) |
| DEFENDANT. | ) |

**<u>ORDER</u>**

The Court has carefully considered the arguments offered in support of and in opposition to the Motion to Alter, Amend, Reconsider, Set Aside And/Or Withdraw (Doc. # 24) filed on May 14, 2008 by Plaintiff. The Court finds that the motion is without merit. Accordingly, it is hereby ORDERED that the motion is DENIED.

DONE this the 16th day of September, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE